# NO. 12-21-00219-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *DONTE JIJUAN HOUSTON,*<br>*APPELLANT* | § | *APPEAL FROM THE 349TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *HOUSTON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

On November 22, 2021, Donte Jijuan Houston, acting pro se, filed a notice of appeal from a judgment nisi dated July 12, 2021. On December 6, this Court notified Houston that his notice of appeal does not show the jurisdiction of this Court, i.e., there was no notice of appeal filed within the time allowed by the rules of appellate procedure and no timely motion for an extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.1, 26.3. We informed Houston that his appeal would be dismissed unless the information was amended on or before December 16 to show this Court's jurisdiction. This Court received no response from Houston.

A notice of appeal must be filed within thirty days after the judgment is signed or within ninety days after the judgment is signed if any party timely files a motion for new trial. TEX. R. APP. P. 26.1. A motion to extend the time for filing a notice of appeal must be filed within fifteen days after the deadline for filing the notice of appeal. TEX. R. APP. P. 26.3. Here, there is no indication that Houston filed a timely motion for new trial; thus, his notice of appeal was due on or before August 11, 2021, and any motion for extension of time was due on or before August 26. Houston filed his notice of appeal on November 22, long after expiration of the time for filing a notice of appeal or seeking an extension of time to file the notice of appeal. Accordingly, because this Court is not authorized to extend the time for perfecting an appeal except as

provided by the Texas Rules of Appellate Procedure, we ***dismiss*** the appeal for ***want of jurisdiction***. *See* TEX. R. APP. P. 42.3(a).

Opinion delivered January 5, 2022.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JANUARY 5, 2022**

**NO. 12-21-00219-CV**

**DONTE JIJUAN HOUSTON,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 349th District Court

of Houston County, Texas (Tr.Ct.No. 21-0116)

THIS CAUSE came on to be heard on the appellate record, and the same being considered, it is the opinion of this Court that it is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*